**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903<br><br>This Document Relates to: ALL CASES<br><br>Hon. Geoffrey W. Crawford |

**NOTICE OF MOTION TO EXCLUDE THE DECLARATION AND OPINIONS OF MR. COLIN B. WEIR**

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants"), by and through their attorneys. |
| **DATE, TIME, AND PLACE OF MOTION:** | To be determined by this Court before the Honorable Geoffrey W. Crawford, United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral argument is requested. |
| **RELIEF REQUESTED:** | (1) An Order of this Court granting Defendants' Motion to Exclude the Declaration and Opinions of Mr. Colin B. Weir or; (2) in the alternative, an Order of this Court setting a *Daubert* hearing on the Motion. |
| **SUPPORTING PAPERS:** | Memorandum of Points and Authorities; Declaration of Adrianne E. Marshack, with Exhibits, together with all prior pleadings and proceedings. |

**GROUNDS FOR**
<u>**RELIEF REQUESTED:**</u>
Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and authorities in accompanying Memorandum of Points and authorities.

Dated:    June 16, 2021

Respectfully submitted,

By:  <u>*/s/ Adrianne E. Marshack*</u>
　　　Adrianne E. Marshack

**MANATT, PHELPS & PHILLIPS, LLP**
CRAIG J. DE RECAT (Bar No. CA 105567)
　Email: *cderecat@manatt.com*
MATTHEW P. KANNY (Bar No. CA 167118)
　Email: *mkanny@manatt.com*
ADRIANNE E. MARSHACK (Bar No. CA 253682)
　Email: *amarshack@manatt.com*
2049 Century Park East # 1700
Los Angeles, CA  90067
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

**GOLDBERG SEGALLA, LLP**
Cheryl A. Possenti
　Email: *cpossenti@goldbergsegalla.com*
65 Main Street
Buffalo, NY 14203
(716) 566-5400

Patrick B. Naylon
　Email: *pnaylon@goldbergsegalla.com*
2 State St., Suite 1200
Rochester, New York 14614
(585) 295-5400

Attorneys for Defendants
FISHER-PRICE, INC., and MATTEL, INC.