<u>**UNITED STATES DISTRICT COURT**</u>
<u>**WESTERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903<br><br>Hon. Geoffrey W. Crawford<br><br>This Document Relates To: ALL CASES |

## JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINES

Plaintiffs and Defendants Mattel, Inc. and Fisher-Price, Inc. submit the following Joint Notice of Settlement and Stipulation and [Proposed] Order to Reset Deadlines.

The parties hereby provide notice to the Court that they have reached a settlement in principle that will resolve in full this multi-district litigation. The parties will be memorializing the settlement in a full settlement agreement, and Plaintiffs will be preparing a motion for preliminary approval of the settlement that will include a notice plan. The parties anticipate that the settlement agreement will be completed, and Plaintiffs anticipate that they will be able to file the settlement agreement, and a motion for preliminary approval of the settlement, by April 12, 2024.

As a result of this development, the parties respectfully request that the Court take off the calendar the hearing on Plaintiffs' Motion for Certification of the Settlement Class and the Initial Pretrial Conference currently scheduled for February 23, 2024, and enter an order requiring Plaintiffs to file a motion for preliminary approval of the settlement on or before April 12, 2024.

Respectfully submitted, this 13th day of February, 2024.

                                              /s/ Demet Basar
                                              **BEASLEY, ALLEN, CROW,**
                                              **METHVIN, PORTIS &**
                                              **MILES, P.C.**

                                              Demet Basar
                                              W. Daniel Miles, III
                                              James B. Eubank
                                              Paul W. Evans
                                              218 Commerce Street
                                              Montgomery, Alabama 36104
                                              Tel: (334) 269-2343
                                              Fax: (334) 954-7555
                                              Dee.Miles@BeasleyAllen.com
                                              Demet.Basar@BeasleyAllen.com
                                              James.Eubank@BeasleyAllen.com
                                              Paul.Evans@BeasleyAllen.com

                                              *Plaintiffs' Lead Counsel*

                                              **CONNORS LLP**
                                              Terrence ("Terry") Connors
                                              Andrew M. Debbins
                                              1000 Liberty Building
                                              Buffalo, NY 14202
                                              Tel: (716) 852-5533
                                              tmc@connorsllp.com
                                              amd@connorsllp.com

                                              *Plaintiffs' Liaison Counsel*

/s/ *Matthew Kanny*
**GOODWIN PROCTER LLP**
Matthew P. Kanny (Cal. Bar No. 167118)
520 Broadway, Suite 500
Santa Monica, CA 90401
(424) 436-3001
mkanny@godwinlaw.com

**GREENBERG TRAURIG LLP**
Lori G. Cohen
Brandon D. Cox (pro hac vice)
3333 Piedmont Road, NE,
Suite 2500
Atlanta, GA 30305
(678) 553-1000
cohenl@gtlaw.com
coxb@gtlaw.com

**GOLDBERG SEGALLA, LLP**
Cheryl A. Possenti 65 Main Street
Buffalo, NY 14203
(716) 566-5400
cpossenti@goldbergsegalla.com

**GOODWIN PROCTER LLP**
Gerard J. Cedrone (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
(617) 570-1849
gcedrone@goodwinlaw.com

**GOODWIN PROCTER LLP**
Ariel E. Rogers (*pro hac vice*)
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100
arogers@goodwinlaw.com

*Counsel for Defendants*
*Fisher-Price, Inc. and Mattel, Inc.*

IT IS SO ORDERED.

_____
Geoffrey W. Crawford, U.S.D.J.