UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903<br><br>Hon. Geoffrey W. Crawford<br><br>This Document Relates To: ALL CASES |

### FINAL JUDGMENT

IT IS on this 28th day of February, 2025, HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1) On this date, the Court entered a Final Order Approving Class Action Settlement and Certifying Settlement Class ("Final Order) (Dkt. No. 370 in 1:19-md-2903-GWC); and

(2) For the reasons stated in the Court's Final Order, judgment is entered in accordance with the Final Order and Settlement Agreement, and all claims in this Action are hereby dismissed with prejudice, without costs to any party, except as otherwise provided in the Final Order or Settlement Agreement.

SO ORDERED this 28th day of February, 2025.

/s/ Geoffrey W. Crawford
United States District Judge

1